Vijay J. Patel
Attorney at Law: 285585
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
D. Ann Castellucci

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D. ANN CASTELLUCCI,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 3:13-CV-04450-LB<br><br>[~~PROPOSED~~] ORDER ON MOTION FOR ATTORNEY FEES PURSUANT TO 42 U.S.C. § 406(B) |

The Court hereby awards to Vijay J. Patel attorney fees pursuant to 42 U.S.C. § 406(b) in the amount of $21,764.25, and further directs the Law Offices of Lawrence D. Rohlfing refund $5,866.28 to Plaintiff.

IT IS SO ORDERED.

DATE: January 20, 2015

_____
THE HONORABLE LAUREL BEELER
UNITED STATES MAGISTRATE JUDGE

1 | Respectfully submitted,

2 | LAW OFFICES OF LAWRENCE D. ROHLFING

3 | /s/ *Vijay J. Patel*
    _____
4 | Vijay J. Patel
    Attorney for plaintiff D. ANN CASTELLUCCI